ACCEPTED
05-16-00999-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/30/2018 3:40 PM
LISA MATZ
CLERK



Katherine Elrich
214.220.5237

214.220.5287 l direct fax
kelrich@cobbmartinez.com

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/30/2018 3:40:57 PM
LISA MATZ
Clerk

January 30, 2018

**Via E-Filing**

Lisa Matz, Clerk of the Court
Fifth District Court of Appeals
George L. Allen, Sr. Courts Building
600 Commerce Street, 2nd Floor
Dallas, Texas 75202

> **Re:** **Case Number 05-16-00999-CV;** *Daniel S. Barnett and Abovo Corp. v. Richard B. Schiro*

Dear Ms. Matz:

We are in receipt of Appellants Daniel S. Barnett and Abovo Corporation's motion for rehearing filed with this Court on January 24, 2018. Appellee Richard B. Schiro writes to inform this Court that pursuant to Texas Rule 49.2 of Appellate Procedure, Mr. Schiro does not intend to file a response to the motion for rehearing unless this Court requests one. Mr. Schiro files this waiver of response only with the understanding that Appellants' motion for rehearing will not be granted without this Court first requesting that a response be filed.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Katherine Elrich

Katherine Elrich

KE/als/173428

cc: **via e-service & e-mail:**
Charles W. McGarry
Law Offices of Charles McGarry
cmcgarry@ix.netcom.com

Attorneys & Counselors  1700 Pacific Avenue, Suite 3100, Dallas, Texas 75201  P: 214.220.5200  F: 214.220-5299  cobbmartinez.com